# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129672(51)

ALFRED VILLADSEN, DONALD
VILLADSEN, MARILYN VILLADSEN,
and JACK MICKEVICH,
         Plaintiffs/Third-Party
         Defendants-Appellants,

v

SC: 129672
COA: 255955
Mason CC: 02-000348-CH

MASON COUNTY ROAD COMMISSION,
         Defendant/Third-Party
         Plaintiff-Appellee,

and

SHERMAN TOWNSHIP,
         Defendant/Third-Party
         Plaintiff,

and

DEPARTMENT OF NATURAL
RESOURCES and MASON COUNTY
DRAIN COMMISSIONER,
         Third-Party Defendants.
_____/

On order of the Court, the motion for reconsideration of this Court's May 19, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., would grant reconsideration.

KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

d1023